[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-17515
Non-Argument Calendar
_____

D.C. Docket No. 1:15-cr-00380-SCJ-CMS-1

UNITED STATES OF AMERICA,

                                                              Plaintiff-Appellee,

versus

ANDRIQUE ROOK,

                                                              Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(July 26, 2017)

Before MARTIN, JILL PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

     The Government's motion to dismiss this appeal pursuant to the appeal

waiver in Appellant's plea agreement is GRANTED.  *See United States v. Bushert*,

997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced

if it was made knowingly and voluntarily).